LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California  91367
Telephone:     (818) 347-3333
Facsimile:      (818) 347-4118

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.M.J., a minor, by and through his *guardian ad litem,* LINDA ESCOBEDO, et al.,; and J.R.J, a minor, by and through his *guardian ad litem,* LINDA ESCOBEDO, in each case individually and as successor in interest to JAMES JAIMEZ, deceased; and ANDREA MICHELLE JAIMEZ – CHAVEZ, individually and as a personal representative of the Estate of JAMES JAIMEZ;<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>COUNTY OF LOS ANGELES, a public entity; LOS ANGELES COUNTY SHERIFF, a public entity; MYKEL TRUJILLO; MICHAEL ROW; JOSE ARELLANO; DONNIE JOHNSON; STEPHON DAVIDSON; ARTURO BARRERA; CLIFFORD JONES; MICHAEL CARPENTER; RUTH SHEN; AND HIE FRAZIER, inclusive,<br><br>　　　　　　　Defendants. | CASE NO.: 5: 15-cv-01346-VAP-SP<br><br>**PROTECTIVE ORDER RE CONTROL AND USE OF CONFIDENTIAL WITNESS INFORMATION**<br><br>Honorable Magistrate Judge Sheri Pym |

1

**PROTECTIVE ORDER RE CONTROL AND USE OF CONFIDENTIAL WITNESS INFORMATION**

IT IS HEREBY STIPULATED by and between non-party County of San Bernardino (hereinafter "County") and both the Plaintiffs and Defendants (Hereinafter "Parties") hereto that this Court issue a Protective Order as it concerns various information and discovery materials in the subject case.

The subject case involves a claim of civil rights violations as a result of an officer involved shooting.

Plaintiffs have sought, by way of written discovery, certain confidential information and records concerning the investigation of the incident by the County. To prevent unwarranted disclosure of confidential information and records, the County and the Parties propose the following protective order concerning confidential personal information for civilian witnesses:

1. The documents and information disclosed pursuant to this protective order shall be designated by page numbers 1 to _____. Each document page shall be marked as follows: "Confidential Material."

2. The "Confidential Material" (hereafter "material") may be disclosed to counsel and the parties in this action. The material may not be disclosed to any other person without the prior written stipulation of the County or authorization from the Court.

3. The material shall be used solely in connection with this litigation in the preparation and trial of this case, and not for any other litigation. To the extent material that is a subject matter of this protective order is disclosed at any deposition in this matter, it is subject to the terms of this protective order. To the extent the parties' counsel seeks to use the material at trial or public hearing in this action, it shall be subject to prior review and further order of this Court.

4. At the conclusion of the trial and of any appeal, or upon other termination of this litigation, all material governed by the provisions of this order (including any copies) shall all be returned to counsel for the County.

5. The foregoing is without prejudice to the right of any parties:

    a) to apply to the Court for a further protective order relating to any confidential material, or relating to discovery in this litigation;

    b) to apply to the Court for an order removing the "Confidential Material" designation from the document;

    c) to apply to the Court for an order compelling production of documents or modification of this order or for any order permitting disclosure of the confidential material beyond the terms of this order.

DATED: April 18, 2016         s/ Dale K. Galipo  
                                                  Dale K. Galipo  
                                                  Eric Valenzuela  
                                                  Attorneys for Plaintiff

DATED: April 18, 2016         s/ Douglas L. Day  
                                                  Douglas L. Day  
                                                  Attorneys for Defendants

DATED: April 18, 2016         s/ Miles Kowalski  
                                                  Miles Kowalski  
                                                  Attorneys for County of San Bernardino

**PROTECTIVE ORDER RE CONTROL AND USE OF CONFIDENTIAL WITNESS INFORMATION**

**O R D E R**

This Protective Order is granted as proposed by the County of San Bernardino and Parties and the materials designated herein shall be subject to all its terms and conditions.

DATED: April 22, 2016

_____
UNITED STATES MAGISTRATE JUDGE
SHERI PYM